UNITED STATES of America, Plaintiff-Appellee

v.

Jose Alberto HUERTA, Defendant-Appellant

No. 17-10242
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed January 9, 2018

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern District of Texas, Dallas, TX, for Defendant-Appellant

Jose Alberto Huerta, Pro Se

Before DAVIS, CLEMENT, and COSTA, Circuit Judges.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

PER CURIAM: *

The attorney appointed to represent Jose Alberto Huerta on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Huerta has filed a response requesting the voluntary dismissal of the appeal. Because he did not sign the motion, his request is DENIED. *See* FED. R. APP. P. 32(d).

We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.